## Victor Collyn GREENE, Petitioner–Appellant,

v.

## J. Michael STOUFFER, Warden; Stewart Simms, Secretary, Respondents–Appellees.

### No. 02–6493.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 20, 2002.

Victor Collyn Greene, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM:

Victor Collyn Greene seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2254 (2000) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Greene v. Stouffer,* No. CA–02–328–JFM (D. Md. Feb. 6 & 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*